434

defendant who pleads guilty enters his plea understandingly and voluntarily.' [Citation.] This requirement has been in effect in Illinois since 1948. See former Rule No. 27A, 400 Ill. 22."

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES WILLIAMS *et al.*, Defendants-Appellants.

(No. 73-100; )

Fifth District—June 27, 1975.

PER CURIAM.

Paul Bradley and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellants.

Michael J. Henshaw, State's Attorney, of Harrisburg (Edward N. Morris and Martin P. Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.